```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

      DEC 14 2015      RE

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LORENZO V. MOLINA JR.,<br><br>       Defendant/Judgment Debtor,<br><br>and<br><br>THE BOEING COMPANY,<br><br>                    Garnishee. | NO. MC15-189 RSL<br><br>(2:10-CR-0100-1)<br><br>**Application for Writ of Continuing Garnishment** |

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court for the Western District of Washington for an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment to enforce the Judgment entered in *United States v. Lorenzo V. Molina Jr.*, No. 2:10-CR-0100-1, United States District Court for the Western District of Washington (October 22, 2010), against Lorenzo V. Molina Jr. (hereinafter "Defendant/Judgment Debtor"), whose last known address is: Lorenzo V. Molina Jr., 1749 267th CT SE, Sammamish, WA 98075. The judgment award is $2,204,353.58, consisting of $2,204,153.58 in Criminal

APPLICATION FOR WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

Restitution, under the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663 *et seq.*, and $200.00 in a Special Assessment. The sum of $9,138.00 has been credited to the judgment debt. A balance of **$2,195,427.58** remains outstanding as of December 10, 2015. Demand for payment of the above-stated debt was made upon the Defendant/Judgment Debtor not less than 30 days from the date of this application and Defendant/Judgment Debtor has failed to satisfy the debt. *See* Declaration of Dawn Fernandez in Support of Application for a Writ of Continuing Garnishment. The United States believes that the Garnishee owes or will owe money or property to the Defendant/Judgment Debtor, or is in possession, custody or control of property of the Defendant/Judgment Debtor, and the Defendant/Judgment Debtor holds a substantial nonexempt interest in the money or property.

The name and address of the Garnishee or its authorized agent is:

The Boeing Company
Boeing Pension Service Center
P.O. Box 19904
Dallas, TX 75219-9404

DATED this 14th day of December, 2015.

ANNETTE L. HAYES
United States Attorney

/s/ Kyle A. Forsyth

KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

APPLICATION FOR WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970