UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

LORENZO V. MOLINA JR.,

          Defendant/Judgment Debtor,

and

THE BOEING COMPANY,

          Garnishee.

NO. MC15-189 RSL

(2:10-CR-0100-1)

[Proposed]

**Order to Issue a Writ of Continuing Garnishment**

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Lorenzo V. Molina Jr., from The Boeing Company, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against The Boeing Company, whose address is The Boeing Company, Boeing Pension Service Center, P.O. Box 19904, Dallas, TX 75219-9404.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Kyle A. Forsyth*
_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970