

**Lorenzo Molina 2:10-CR-0100-1 - Garnishment**

Lewis, Julia (USAWAW)  to: newcases.seattle@wawd.uscourts.gov    12/14/2015 10:12 AM

5 attachments

Lorenzo Molina - Application.pdf    Lorenzo Molina - Declaration - Judgment.pdf

Lorenzo Molina - Proposed Order.pdf    Lorenzo Molina - Writ.pdf    Lorenzo Molina - Notice.pdf

```
DATE: 12/14/15

Dear Miscellaneous Clerk for the Western District of Washington:

Attached for electronic processing in the above-referenced matter are the
following garnishment documents:

1)      Application for Writ of Continuing Garnishment;
2)      Declaration of Dawn Fernandez in Support of Application for Writ of
Continuing Garnishment with attached Judgment;
3)      [proposed] Order to Issue a Writ of Continuing Garnishment;
4)      Writ of Continuing Garnishment; and
5)      Notice to Defendant/Judgment Debtor from Clerk, United States
District Court, including Notice to Defendant/Judgment Debtor from Clerk on
How to Claim Exemptions, Notice of Civil Claim for Exemptions, Civil Claim for
Exemption Form, and Notice to Defendant/Judgment Debtor of Consumer Credit
Protection  Act from Clerk.

If you have any questions or concerns, please contact me directly.

Sincerely,


Julia Marks
Financial Litigation Agent
U.S Attorney's Office, Dept. of Justice
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Ph:    206-553-2254
Fax:   206-553-4067

   [attachment "Seth Quinto - Application.pdf" deleted by Sherri
Tye/WAWD/09/USCOURTS] [attachment "Seth Quinto - Declaration - Judgement.pdf"
deleted by Sherri Tye/WAWD/09/USCOURTS] [attachment "Seth Quinto - Proposed
Order.pdf" deleted by Sherri Tye/WAWD/09/USCOURTS] [attachment "Seth Quinto -
Writ.pdf" deleted by Sherri Tye/WAWD/09/USCOURTS] [attachment "Seth Quinto -
Notice.pdf" deleted by Sherri Tye/WAWD/09/USCOURTS]
```