UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LORENZO V. MOLINA, JR.,<br><br>          Defendant/Judgment Debtor,<br><br>     and<br><br>THE BOEING COMPANY,<br><br>          Garnishee. | NO.  2:15-MC-00189-RSL<br><br>     (2:10-CR-00100-JCC-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS ORDERED that the garnishment is terminated and that Garnishee, The Boeing Company, is relieved of further responsibility pursuant to this garnishment.

//

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Lorenzo V. Molina, Jr., and The Boeing Company,*
**USDC#: 2:15-MC-00189-RSL/2:10-CR-00100-JCC-1) - 1**

Dated this 18th day of February, 2016.

*MM S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Lorenzo V. Molina, Jr., and The Boeing Company,*
**USDC#: 2:15-MC-00189-RSL/2:10-CR-00100-JCC-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**